AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One white IPhone X taken from 1 Brown Street, Apt 1806,<br>Philadelphia, PA | )<br>)<br>)<br>)<br>) Case No. 18-1715-M-1<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*.

See Attachment A

located in the ___Eastern___ District of ___Pennsylvania___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec. 846 | Conspiracy to distribute controlled substances |
| 21 USC sec. 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **10-25 18**

City and state: Philadelphia, Pennsylvania

*Judge's signature*

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 18-1715-M-2
One black Samsung flip phone, Model SM-B311V, FCC )
ID#A3LSMB311V (267-366-7946) taken from 1 Brown )
Street, Apt 1806, Philadelphia, PA )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*
See Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles E Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.
One black iPhone 8, Model A1905, FCC ID#BCG-E3172A, )       18-1715-M·3
IMEI #359496081018027 taken from 1 Brown Street, Apt. )
1806, Philadelphia, PA )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*
See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of __ days (give exact ending date if more than 30 days: __ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: *10-25-18*

City and state: Philadelphia, Pennsylvania

*Judge's signature*

Honorable Thomas J. Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*   )
*or identify the person by name and address)*     )    Case No.   18-1715-M-4
One black Samsung flip phone, Model SM-B311V, FCC )
ID#A3LSMB311V taken from 1 Brown Street, Apt. 1806,)
Philadelphia, PA                                  )

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*
See Attachment A

located in the ____Eastern____ District of ____Pennsylvania____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec. 846 | Conspiracy to distribute controlled substances |
| 21 USC sec. 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   10-25-18

City and state: Philadelphia, Pennsylvania

*Judge's signature*

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

### for the
### Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18-1715-M-5
One black LG flip phone, IMEI #354104-08-802668-9, FCC )
ID#ZNFB460 (with call number 215-272-3922) taken from 1 )
Brown Street, Apt 1806, Philadelphia, PA )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*

See Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec. 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days. ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>One black Samsung flip phone, Model SM-B311V, FCC<br>ID#A3LSMB311V taken from 1 Brown Street, Apt. 1806,<br>Philadelphia, PA | ) <br>) <br>) <br>) <br>) <br>) |

Case No. 18-1715-M-6

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*

See Attachment A

located in the _____ Eastern _____ District of ____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec. 846 | Conspiracy to distribute controlled substances |
| 21 USC sec. 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence

Date: 10 - 25 - 18

_____
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Thomas J. Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )
One black LG flip phone, IMEI #359926-08-037428-6, FCC  )
ID#ZNFB460taken from 1 Brown Street, Apt. 1806,  )
Philadelphia, PA  )

Case No. 18-1715-M-7

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*

See Attachment A

located in the ____Eastern____ District of ____Pennsylvania____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles E. Simpson, Special Agent FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

City and state: Philadelphia, Pennsylvania

*Judge's signature*

Honorable Thomas J. Rueter, Magistrate Judge

*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Pennsylvania

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
One black Samsung Galaxy S7, FCC ID#A3LSMG930US
taken from 1 Brown Street, Apt 1806, Philadelphia, PA

Case No. 18-1715-M-8

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*
See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed,

☑ property designed for use, intended for use, or used in committing a crime,

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of.

| Code Section | Offense Description |
|---|---|
| 21 USC sec 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

_____
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| One gold iPhone 6, Model A1586, FCC ID#BCG-E2816A, IMEI #352073064473341 taken from 1 Brown Street, Apt 1806, Philadelphia, PA | ) |

Case No.  18-1715-M-9

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*

See Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec 846 | Conspiracy to distribute controlled substances |
| 21 USC sec. 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

City and state: Philadelphia, Pennsylvania

_____
*Judge's signature*

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  18-1715-M-10
One black Samsung flip phone, Model SM-B311V, FCC )
ID#A3LSMB311V taken from 1 Brown Street, Apt 1806, )
Philadelphia, PA )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*

See Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence

Date: 10-25-18

City and state: Philadelphia, Pennsylvania

_____
*Judge's signature*

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| One red iPhone X taken from 1 Brown Street, Apt 1806, Philadelphia, PA | ) ) ) |

Case No.  18-1715-M-1

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*

See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed,

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days:                    ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  10-25-18

_____
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 18-1715-M-12
One black LG flip phone, IMEI #359926-08-735528-8, FCC )
ID#ZNFB460 taken from 1 Brown Street, Apt 1806, )
Philadelphia, PA )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*.

See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec 846 | Conspiracy to distribute controlled substances |
| 21 USC sec. 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Charles E. Simpson, Special Agent FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

_____
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| One grey iPhone 6, Model A1549, IMEI #359239064312607, | ) Case No. 18-1715-M-15 |
| FCC ID#BCG-E2816A | ) |
| | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*

See Attachment A

located in the ____ Eastern District of ____ Pennsylvania ____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:

See Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence

Date: 10-25-18

_____
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Thomas J. Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
One black iPhone taken from 1815 JFK Boulevard,
Apartment #2411, Philadelphia, PA

)
)
)
)
)

Case No. 16-1715-M-14

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*
See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime,

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec. 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence

Date: 10 - 25 - 18

City and state: Philadelphia, Pennsylvania

*Judge's signature*

Honorable Thomas J. Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18-1715-M-15
One blue Alcatel phone taken from 5761 Hunter Street, )
Philadelphia, PA )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*
See Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec. 846 | Conspiracy to distribute controlled substances |
| 21 USC sec. 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

_____
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
One silver LG Smartphone taken from 5761 Hunter Street, )
Philadelphia, PA )
)

Case No. 18-1715- M-16

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*
See Attachment A

located in the ___Eastern___ District of ___Pennsylvania___ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed,

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec. 846 | Conspiracy to distribute controlled substances |
| 21 USC sec. 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

City and state: Philadelphia, Pennsylvania

*Judge's signature*

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

One grey iPhone 5s, Model A1533, IMEI #013967008037934, FCC ID#BCG-E2642A

)
)
)
)
)

Case No. 18-1715-M-17

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*

See Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec. 846 | Conspiracy to distribute controlled substances |
| 21 USC sec. 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

City and state: Philadelphia, Pennsylvania

*Judge's signature*

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 18-1715-M-18
One silver iPhone 6S, Model A1688, FCC ID# BCG- )
E2946A )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*

See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec. 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

_____
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Thomas J. Rueter, Magistrate Judge
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant (requesting AUSA Jennifer Jordan)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>One grey iPhone 6, Model A1586, IMEI<br>#353027096509332, FCC ID#BCG-E2816A | )<br>)<br>)   Case No. 18-1715-M-19<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*

See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec 846 | Conspiracy to distribute controlled substances |
| 21 USC sec 841 | Distribution of controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Charles E. Simpson, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-18

_____
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Thomas J Rueter, Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Charles Simpson, Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, being duly sworn do hereby depose and state as follows:

## INTRODUCTION

1.     I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2501(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2.     I am a Special Agent (SA) with the FBI-Philadelphia Field Division. I have been employed by the FBI since April 2010. During my tenure with the FBI, I have been assigned to the High Intensity Drug Trafficking Area (HIDTA) / Safe Streets Violent Drug Gang Task Force (SSVDGTF) of the Philadelphia Division, which investigates, among other violations of federal law, violent drug gangs and criminal organizations including those involved in the importation, distribution and manufacturing of controlled substances, Hobbs Act violations, outlaw motorcycle gangs and homicides and shootings resulting from the drug trade. I have investigated numerous firearms violations, drug violations, and other related crimes. I have conducted physical and electronic surveillance, debriefed confidential sources, and participated in the drafting and execution of search warrants involving these matters. I am an active investigator for the FBI Gangs and Criminal Enterprise Program in which state and local arrests for drugs and firearms violations are reviewed and referred for possible federal prosecution.

3.     I have participated in numerous narcotics investigations, debriefed or participated in debriefings of numerous of defendants, informants and witnesses who had personal knowledge regarding major drug trafficking organizations, and have participated in all aspects of

drug investigations. I have participated in all aspects of narcotics investigations including surveillance, analyzing information obtained from court-authorized pen register and trap and trace intercepts, Title-III wiretap investigations, and analyzing telephone toll records. I am aware that drug traffickers commonly use cellular telephones and other electronic devices in furtherance of their drug trafficking activities and frequently change cellular telephone numbers and cellular phones in an effort to thwart law enforcement's use of electronic surveillance.

4.     Through my training and experience and the training and experience of the law enforcement officers involved in this investigation, your affiant is aware that drug traffickers often use cellular phones, through phone calls, text messages, voice messages and emails, to arrange for the purchase of illegal narcotics. I am aware that cellular telephones are all identifiable by unique numbers on each phone, including: serial numbers, international mobile equipment identification (IMEI) numbers, and/or electronic serial numbers (ESN). I know that drug traffickers commonly maintain in their cellular phones, the contact information of co-conspirators, sources of supply, and customers, such as names or nicknames, phone numbers, pager numbers, addresses and other identifying information. Additionally, I know that drug traffickers use cell phones to take pictures of themselves and co-conspirators with drugs, weapons, cash and drug paraphernalia.

6.     I make this affidavit in support of an application for a search warrant of 19 cellular phones, recovered during the arrests of ABDUL WEST, JAMAAL BLANDING, JAMEEL HICKSON, and DARYL BAKER that took place on October 18, 2018. The 19 cellular telephones are hereafter referred to as the "TARGET TELEPHONES" which are listed in Attachment A. The list of telephones in Attachment A corresponds to the following source

2

locations: HICKSON/Phones 1-12; BLANDING/Phones 13-14; BAKER/Phones 15-17; and WEST/Phones 18-19. This application seeks authority to search for and seize evidence, and fruits and instrumentalities of crimes against the United States, specifically in violation of Title 21, United States Code, Sections 846, 843(b) and 841(a)(1), as described in Attachment B.

This application seeks authority to search for and seize evidence, and fruits and instrumentalities of crimes against the United States, specifically in violation of Title 21, United States Code, Sections 846, 843(b) and 841(a)(1), as described in Attachment B.

7.      The probable cause set forth in this affidavit is based upon my personal knowledge, information provided by a confidential human source (CHS), surveillance conducted by law enforcement officers involved in this investigation, and the experience and training of law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the search of the TARGET TELEPHONES, I have not set forth each and every fact learned during the course of this investigation, but only those facts necessary to establish such probable cause.

## BACKGROUND OF INVESTIGATION

1.      This application is submitted in support of a FBI investigation into a drug violent trafficking organization, believed to operate primarily in Philadelphia with connections in California, Las Vegas, and various parts of the United States, including the Eastern District of Pennsylvania. The United States, including the FBI, is conducting a criminal investigation of the drug trafficking organization regarding possible violations of Title 21, United States Code, Sections 846, 841(a)(1).

3

2.      Since March 2017, the FBI and the Philadelphia Police Department have been investigating a violent drug trafficking organization known as the Original Block Hustlaz (OBH) gang and several targets that are believed to be members of the organization, including Abdul WEST, the leader of the OBH gang.  The OBH gang is involved in drug trafficking and violence primarily in the Philadelphia area.  Agents and officers have conducted numerous controlled narcotics purchase operations from OBH members or subjects believed to be supplied by OBH members and associates as well as conducted numerous surveillance operations of suspected narcotics transactions.  OBH gang members also have a large social media presence which is monitored by the FBI.  Much of the social media activity of the gang members discusses or suggests the ongoing illegal activities of the gang.  Additionally, the Philadelphia FBI and the Philadelphia Police Homicide unit are currently investigating three homicides and three non-fatal shootings that are directly related to or carried out by members of the OBH gang.  Specifically, investigators have evidence to believe that one of those homicides was carried out by an OBH gang member or associate as part of a drug robbery.  Drugs from that robbery were later sold to an FBI confidential informant and are currently evidence in the custody of the FBI.

3.      As stated in paragraph #2, investigators have conducted numerous controlled narcotics and a firearm purchase from OBH gang members.  Confidential Informants and undercover Law Enforcement Officers utilized cellular telephones to communicate with members of OBH to arrange and execute these controlled purchase operations.

4.      As a result of the controlled buys, surveillance, and intelligence gathering, investigators were able to determine a pattern of the gang's drug supply from Los Angeles, California to Philadelphia, Pennsylvania.  Starting in November of 2017, approximately every

4

four to five weeks OBH member RICHARD CHASE HOOVER would drive his red Volvo tractor trailer from Philadelphia, Pennsylvania to Los Angeles, California. HOOVER would meet fellow OBH members JAMEEL HICKSON and JAMAAL BLANDING in Los Angeles, were they would obtain a large supply of narcotics and load them into HOOVER's tractor trailer. HOOVER would then transport the narcotics back east across the country to Philadelphia, Pennsylvania, where he would unload the narcotics from his truck, place them into a white Chevrolet Trailblazer, and transport them to high-end apartments. Upon arrival at the apartments, numerous high ranking members of the gang would converge at the apartment to break down the narcotics and re-package them for street distribution. These high-end apartments were fraudulently obtained by members of the drug trafficking organization.

     5.     On February 2, 2018, investigators conducted a search (pursuant to a search warrant) of two Apple iPhones seized from JAMAAL BLANDING (a high ranking member of OBH) during an arrest in October 2017. During the search of those phones, investigators observed text messages between BLANDING and ABDUL WEST. The following is a partial transcript of the messages which occurred on September 28, 2017, where BLANDING exchanged text messages with WEST at the telephone number 215-554-1686.

     BLANDING: I got the 720 number

     BLANDING: Send me the other one

     WEST: 267-250-1369

     WEST: 8184258500 FaceTime

The telephone number ending in 8500 was determined to be the cellular telephone number utilized by JAMEEL HICKSON. Your affiant believes that WEST was providing BLANDING

5

with HICKSON's contact information so BLANDING could subsequently coordinate with HICKSON for the purpose of securing narcotics.

6.      Additional text messages recovered on BLANDING's phone were with JAMEEL HICKSON at the telephone number 215-720-5474 occurred on October 13, 2017.  HICKSON sent a message to BLANDING stating "I need 1 of dem ice joints" and BLANDING replied "Whole one?".  HICKSON subsequently responded "Yessir" and "No rush".  Your affiant believes based on his knowledge for coded language used by drug traffickers that HICKSON is asking to pick up one pound of methamphetamine from BLANDING.  Additionally, two days later on October 15, 2017 BLANDING texted HICKSON the telephone number "702-305-6012" and the message "Boog".  Your affiant is aware that this number is utilized by RICHARD CHASE HOOVER who uses the street name BOOG.  Your affiant believes this message is likely related to the coordination of upcoming trips to Los Angeles that are made by HOOVER, BLANDING, and HICKSON to bring back narcotics.

7.      On May 17, 2018, investigators executed a search warrant at Apartment #717 of the One Water Street Apartments (250 N Christopher Columbus Boulevard, Philadelphia, Pennsylvania) following the arrival a shipment of cocaine and methamphetamine from Los Angeles, California.  Agents recovered 10 brick (kilograms) of cocaine and nearly six pounds of pure crystal methamphetamine, along with $20,000 in cash.  Also in the apartment were papers and mail belonging to JAMAAL BLANDING and AMIR BOYER (brother of ABDUL WEST and high ranking member of OBH).

8.      Following the search warrant, the Honorable Timothy R. Rice authorized a complaint charging RICHARD CHASE HOOVER with violation of 21 U.S.C. § 841(a)(1),

6

(b)(1)(A), possession with intent to distribute 5 kilograms or more of a substance containing a detectable amount of cocaine.

9.      On May 24, 2018, investigators executed a search warrant on the cellular phone utilized by JAMAAL BLANDING with the cellular telephone number 267-586-4737. Investigators identified the number 818-425-8500, which is used by JAMEEL HICKSON, stored in the device as "Melliano Jack". Additionally, investigators reviewed messages exchanged between BLANDING and HICKSON dating back to November 13, 2017. The messages exchanged involve the coordination and execution of trips to Los Angeles, meeting with HOOVER in Los Angeles, transferring of money, and several messages when HICKSON appears to let BLANDING know he has secured or is about to secure the narcotics. There were also messages exchanged between HICKSON and BLANDING in the early morning hours of May 17, 2018 (just prior to investigators seizing the narcotics from the One Water Street Apartment) to coordinate meeting up to settle up or split up the supply of drugs from Los Angeles.

10.     On May 31, 2018, investigators executed a search warrant on the cellular phone utilized by ABDUL WEST, with the cellular telephone number 215-554-1686. A search of that cellular telephone revealed numerous drug trafficking related conversations between WEST, JAMEEL HICKSON, JAMAAL BLANDING, AMIR BOYER, and DARYL BAKER.

11.     On June 4, 2018, investigators executed a search of the residence located at 1815 John F. Kennedy Blvd, Apt. 2411, Philadelphia, PA. Seized during the search warrant were several cellular telephones belonging to JAMAAL BLANDING and approximately $11,000 cash which were located next to the area where BLANDING was sleeping.

7

12.     On October 15, 2018, investigators received information from United Airlines that, despite the large narcotics seizure in May of 2018 and the numerous additional federal search warrants executed by investigators, JAMEEL HICKSON was continuing his monthly trips to Los Angeles, California to obtain a large amount of narcotics and ship them back to Philadelphia, Pennsylvania.

13.     On October 17, 2018, defendants ABDUL WEST, DARYL BAKER, JAMEEL HICKSON, AMIR BOYER, RICHARD CHASE HOOVER, and JAMAAL BLANDING were charged in a Superseding Indictment with violating the following statutes:  **Count One** conspiracy to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, 280 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), and 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A); **Count Two**—possession with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), 100 grams or more of a mixture and substance containing a detectable amount of heroin, and approximately 48 grams of a mixture and substance containing a detectable amount of methamphetamine; **Count Three**-distribution of 5 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1),(b)(1)(B); **Count Four**-distribution of 50 grams or more of methamphetamine and heroin, in violation of Title 21, United States Code, Section 841(a)(1),(b)(1)(A),(b)(1)(C); **Count Five**- possession with intent to distribute 5 kilograms or more of cocaine and 50 grams of more of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1),(b)(1)(A).

8

14.     On October 17, 2018, the Honorable Carol S. Wells, United States Magistrate Judge, issued arrest warrants for WEST, BAKER, HICKSON, BOYER, and BLANDING.

15.     On October 18, 2018, Agents and Officers went to the address 123 E Chelton Road, Brookhaven, Pennsylvania to arrest ABDUL WEST, where he was taken into custody without incident.  During the arrest, WEST identified the location of one cellular telephone to investigators so that WEST could call his wife, and then asked that agents take an additional cellular telephone from his vehicle to prevent his family from accessing it.  These two phones (two of the TARGET TELEPHONES) were then seized by investigators.

16.     On October 18, 2018, Agents and Officers went to the address 5761 Hunter Street, Philadelphia, Pennsylvania to arrest DARYL BAKER, where he was taken into custody without incident.  After Agents and Officers knocked an announced their presence, BAKER was observed looking out the window of the second floor front bedroom.  Following the arrest, BAKER's girlfriend TAKIMA CLARK (legal resident and only additional occupant of the aforementioned address) provided oral and written consent for investigators to search her residence, and walked investigators around the house and pointed out what objects were hers and what objects were BAKER's.  During the course of the search, three cellular telephones (three of the TARGET TELEPHONES) were located on the floor next to a shoebox in the second floor front bedroom where BAKER was previously observed by law enforcement.  Two unopened boxes of 7.62mm ammunition (each containing 15 rounds), a firearm flash suppressor/silencer type device with desert digital camouflage pattern, and an extended 9mm magazine loaded with 22 9mm rounds of ammunition were recovered from the same shoebox. BAKER's Pennsylvania identification card, a Mastercard debit card in BAKER's name, and

9

$1,000 cash were located on the dresser of that same second floor front bedroom. A MasterPiece Arms 9mm handgun (unloaded) with desert digital camouflage pattern (Serial #F23222) was located under a pile of clothing in second floor middle bedroom. BAKER is a convicted felon, and is in violation of federal law by possessing the MasterPiece Arms 9mm handgun.

17.    On October 18, 2018, Agents and Officers went to the address of 1 Brown Street, Apartment #1806, Philadelphia, Pennsylvania to arrest JAMEEL HICKSON, where he was taken into custody without incident. During the arrest, HICKSON provided oral and written consent for investigators to search his residence. During the course of the search, 12 cellular telephones (12 of the TARGET TELEPHONES) were located inside the apartment. More specifically, a white iPhone X and a Black Samsung Flip phone were located on a nightstand in HICKSON's bedroom, a black iPhone was located in a dresser drawer of HICKSON's bedroom, two Samsung Flip phones and an LG Flip phone were located in the pocket of a jacket that was hanging inside the front coat closet of the apartment, a black LG Flip phone was located in a kitchen drawer, a gold iPhone and a black Samsung Galaxy were located on kitchen shelves, a black Samsung Flip phone was located on an end table in the living room, a red iPhone X was located on a shelf in the laundry room, and a black LG Flip phone was located on the kitchen countertop. Let it be noted that HICKSON's girlfriend and mother of his child KAPRI MCKINNON was only other occupant of the apartment at the time of the arrest, and advised investigators that she only owned one cellular telephone in the residence. This cellular telephone was turned over to MCKINNON, and is not included in the 12 telephones that were seized from the apartment. During the course of the consent search,

10

investigators also seized approximately $27,750 cash, approximately three pounds of marijuana, a digital scale containing white crystal-like residue (field tested positive for methamphetamine), two vacuum sealers, a money counter, and a large stack of marijuana vape cartridges.

18.     On October 18, 2018, Agents and Officers went to 1815 JFK Boulevard, Apartment #2411, Philadelphia, Pennsylvania to arrest JAMAAL BLANDING, where he was taken into custody without incident.  During the arrest, two cellular telephones (two of the TARGET TELPHONES) were located by investigators on the couch where it appeared that BLANDING had been sleeping.  Let it be noted that BLANDING was the sole occupant of the residence at the time of the arrest, and that the two cellular telephones were located in the same spot where additional phones and US Currency were seized from BLANDING in June of 2018 (documented in paragraph #11).

19.     Based on training and experience, your affiant believes that important data recovered from the TARGET TELEPHONES, including the call logs, phone books, contacts lists, and text messages, will provide valuable information that will further the investigation of the drug trafficking organization.

20.     Based on my training and experience, I know that individuals involved in drug trafficking often maintain more than one phone or more than one SIM card device, in order to have multiple avenues to facilitate drug trafficking activities, and in an attempt to avoid detection by law enforcement.  I am aware that individuals involved in drug trafficking often times utilize pre-paid cellular telephones which do not maintain specific subscriber information, and/or use phones subscribed to in the name of third person, in order to mask their direct linkage to

11

telephones utilized in furtherance of drug trafficking activities. Further, those involved in drug trafficking often change SIM cards in order to make it difficult for law enforcement to determine their records. Based on my training and experience, I know that individuals involved in drug trafficking also frequently switch telephone numbers and/or phones. Despite the constant switching of active telephone numbers, drug traffickers often keep old phones.

21.     Based on my training and experience, I know that drug traffickers commonly utilize their cellular telephones to communicate with co-conspirators to facilitate, plan, and execute their drug transactions. For example, I know that drug traffickers often store contacts lists, address books, calendars, photographs, videos, and audio files, text messages, call logs, and voice mails in their electronic devices, such as cellular telephones, to be used in furtherance of their drug trafficking activities.

22.     Based on my training and experience, I know that information stored on cellular telephones can often be retrieved months or even years later using forensic tools.

23.     Specifically, I know that those involved in drug trafficking communicate with associates using cellular telephones to make telephone calls. If they are unable to reach the party called, they frequently leave voice mail messages. I am aware that Apple-based and Android-based phones download voice mail messages and store them on the phone itself so that there is no need for the user to call in to a number at a remote location and listen to the message. In addition, I know those involved in drug trafficking communicate with associates using cellular telephones and tablets to send e-mails and text messages and communicate via social media networking sites. By analyzing call and text communications, I may be able to determine the

identity of co-conspirators and associated telephone numbers, as well as if there were communications between associates during the commission of the crimes.

24.     Furthermore, cellular telephones also contain address books with names, addresses, photographs, and phone numbers of a person's regular contacts.  I am aware that drug traffickers frequently list drug associates in directories, often by nickname, to avoid detection by others.  Such directories as the ones likely contained in the seized cellular telephones, are one of the few ways to verify the numbers (*i.e.*, telephones, pagers, etc.) being used by specific traffickers.

25.     In addition, I know that those involved with drug trafficking often take photographs or make videos of themselves and their co-conspirators and retain them on their electronic devices such as cellular telephones.  This evidence would show associations between accomplices, *i.e.* photographs of accomplices and/or individuals common to co-conspirators.  I am also aware that drug traffickers often take photographs or make videos of drugs, drug proceeds and firearms with their cellular telephones and tablets.  Based on my training and experience, those who commit these crimes often store these items on their phones in order to show to associates, and/or to upload to social media.

26.     Furthermore, based on my training and experience and the training and experience of other agents, I know that drug traffickers often use a cellular phone's Internet browser for web browsing activity related to their drug trafficking activities.  Specifically, drug traffickers may use an Internet search engine to explore where banks or mail delivery services are located, or may use the Internet to make reservations for drug-related travel.  In addition, I know that drug traffickers also use their cellular telephone's Internet browser to update their social networking

13

sites in order to communicate with co-conspirators, and to display drugs and drug proceeds or to post photographs of locations where they have traveled in furtherance of their drug trafficking activities.

27.     In addition, drug traffickers sometimes use cellular telephones as navigation devices, obtaining maps and directions to various locations in furtherance of their drug trafficking activities.  These electronic devices may also contain GPS navigation capabilities and related stored information that could identify where these devices were located.

28.     Furthermore, based on my training and experience, forensic evidence recovered from the review of a cellular telephone can also assist in establishing the identity of the user of the device, how the device was used, the purpose of its use, and when it was used.  In particular, I am aware that cellular telephones are all identifiable by unique numbers on each phone, including: serial numbers, international mobile equipment identification numbers (IMEI) and/or electronic serial numbers (ESN).  The search of each phone helps determine the telephone number assigned to each device, thus facilitating the identification of the phone as being used by members of the conspiracy.  In addition, I am aware that by using forensic tools, information/data that users have deleted may still be able to be recovered from the device.

29.     Based on my training and experience, I know that drug traffickers often use firearms to protect themselves, their drugs, and their proceeds.  I know that the tools of the trade for drug traffickers include, among other things, firearms, digital scales, vacuum and heat sealers, and large amount of US currency.

30.     <u>Nature of examination</u>. Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the TARGET

14

TELEPHONES consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

## ELECTRONIC DEVICES

31.     As described above and in Attachment B, this application seeks permission to search and seize things that the TARGET TELEPHONES might contain, in whatever form they are stored. As used herein, the term "electronic device" includes any electronic system or device capable of storing or processing data in digital form, in this case referring specifically to wireless or cellular telephones.

32.     Based on my knowledge, training, and experience, as well as information related to me by others involved in the forensic examination of digital devices, I know that data in digital form can be stored on a variety of digital devices. In particular, I know that electronic devices, including cellular telephones used by drug traffickers, are likely to be repositories of evidence of crimes. I know that an electronic device such as a cellular telephone may contain data that is evidence of how the electronic device was used, data that was sent and received, and other records that may indicate the nature of the offense.

33.     Furthermore, I know that electronic devices, such as cellular telephones, can store information for long periods of time. Examples of such information include text and multimedia message conversations, call history, voice mail messages, e-mails, photographs, and other data stored on the device. Similarly, I know from my training and experience that when cellular telephones are used to access the internet, a browser history is also frequently stored for some

period of time on the electronic device. This information can sometimes be recovered with forensic tools.

34.     Based on my experience and training, as well as the experience and training of other agents, I know that even when a user deletes information from a device, it can sometimes be recovered with forensics tools.

35.     Based on my knowledge, training, and experience, as well as information related to me by agents and others involved in the forensic examination of digital devices, I know that searching electronic devices can be a highly technical process that requires specific expertise and specialized equipment. There are so many types of electronic devices and software programs in use today that specialized equipment is sometimes necessary to conduct a thorough search. In addition, it may be necessary to consult with specially trained personnel who have specific expertise in the types of electronic devices, operating systems, or software applications that are being searched.

36.     I am also aware that electronic files or remnants of such files can be recovered months or even years after they have been downloaded onto a hard drive, deleted, or viewed via the Internet. Electronic files saved to a hard drive can be stored for years with little or no cost. Even when such files have been deleted, they can be recovered months or years later using readily-available forensics tools. Normally, when a person deletes a file on an electronic device, the data contained in the file does not actually disappear; rather, that data remains until it is overwritten by new data. Therefore, deleted files, or remnants of deleted files, may reside in free space or slack space, i.e., space on a hard drive that is not allocated to an active file or that is unused after a file has been allocated to a set block of storage space, for long periods of time

16

before they are overwritten.  In addition, a computer's operating system may also keep a record

of deleted data in a swap or recovery file.  Similarly, files that have been viewed on the Internet

are often automatically downloaded into a temporary directory or cache.  The browser typically

maintains a fixed amount of hard drive space devoted to these files, and the files are only

overwritten as they are replaced with more recently downloaded or viewed content.  Thus, the

ability to retrieve residue of an electronic file from a hard drive depends less on when the file

was downloaded or viewed than on a particular user's operating system, storage capacity, and

computer habits.  Recovery of residue of electronic files from a hard drive requires specialized

tools and a controlled laboratory environment.  Recovery also can require substantial time.

   37.  Although some of the records called for by this warrant might be found in the

form of user-generated documents (such as word processing, picture, and movie files), electronic

devices can contain other forms of electronic evidence as well.  In particular, records of how an

electronic device has been used, what it has been used for, who has used it, and who has been

responsible for creating or maintaining records, documents, programs, applications and materials

contained on the electronic devices are, as described further in the attachments, called for by this

warrant.  Those records will not always be found in digital data that is neatly segregable from the

hard drive image as a whole.  Digital data on the hard drive not currently associated with any file

can provide evidence of a file that was once on the hard drive but has since been deleted or

edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word

processing file).  Virtual memory paging systems can leave digital data on the hard drive that

show what tasks and processes on the computer were recently used.  Web browsers, e-mail

programs, and chat programs often store configuration data on the hard drive that can reveal

17

information such as online nicknames and passwords. Operating systems can record additional data, such as the attachment of peripherals, the attachment of USB flash storage devices, and the times the electronic device was in use. Computer file systems can record data about the dates files were created and the sequence in which they were created. This data can be evidence of a crime, indicate the identity of the user of the digital device, or point toward the existence of evidence in other locations. Recovery of this data requires specialized tools and a controlled laboratory environment, and also can require substantial time.

38.     Further, evidence of how an electronic device has been used, what it has been used for, and who has used it, may be the absence of particular data on an electronic device. For example, to rebut a claim that the owner of an electronic device was not responsible for a particular use because the device was being controlled remotely by malicious software, it may be necessary to show that malicious software that allows someone else to control the electronic device remotely is not present on the electronic device. Evidence of the absence of particular data on an electronic device is not segregable from the electronic device. Analysis of the electronic device as a whole to demonstrate the absence of particular data can require specialized tools and a controlled laboratory environment, and can require substantial time.

39.     Searching for the evidence described in Attachment B may require a range of data analysis techniques. In some cases, law enforcement officers and computer analysts may be able to conduct carefully targeted searches that can locate evidence without requiring a time consuming manual search through unrelated materials that may be co-mingled with criminal evidence. In other cases, however, such techniques may not yield the evidence described in the warrant. Criminals can mislabel or hide information, encode communications to avoid using key

18

words, attempt to delete information to evade detection, or take other steps designed to frustrate law enforcement searches for information.  These steps may require agents and law enforcement or other analysts with appropriate expertise to conduct more extensive searches, such as scanning storage areas unrelated to things described in Attachment B, or perusing all stored information briefly to determine whether it falls within the scope of the warrant.  In light of these difficulties, law enforcement intends to use whatever data analysis techniques appear necessary to locate and retrieve the evidence described in Attachment B.

## SUMMARY AND CONCLUSION

40.     Based on the foregoing facts, your affiant believes that there is probable cause that the fruits and/or evidence of crimes specifically, violations of Title 21, United States Code, Sections 846, 843 and 841, as enumerated in Attachment B, will be found in the information stored in the TARGET TELEPHONES.  These phones have remained in the custody of the FBI, in the Eastern District of Pennsylvania, since being recovered on or about October 18, 2018. Accordingly, I respectfully request that the Court issue a warrant to search the TARGET TELEPHONES.  Because this search will not involve any intrusion on any physical location and seeks to search telephones already in law enforcement custody, your affiant requests permission to conduct the search of the TARGET TELEPHONES at any time of the day or night.

19

Your affiant declares under penalty of perjury that the foregoing is true and correct to the best of his knowledge and belief, and that this declaration was executed on:

Charles E. Simpson, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this ___25___ day of October, 2018.

HONORABLE THOMAS J. RUETER
*United States Magistrate Judge*

20

## ATTACHMENT A: "TARGET TELEPHONES" TO BE SEARCHED

The following telephones, currently in the custody of the Federal Bureau of Investigation, Philadelphia, PA:

1. White iPhone X

2. Black Samsung Flip Phone, Model SM-B311V, FCC ID#A3LSMB311V (267-366-7946)

3. Black iPhone 8, Model A1905, FCC ID#BCG-E3172A, IMEI #359496081018027

4. Black Samsung Flip Phone, Model SM-B311V, FCC ID#A3LSMB311V

5. Black LG Flip Phone, IMEI #354104-08-802668-9, FCC ID#ZNFB460 (215-272-3922)

6. Black Samsung Flip Phone, Model SM-B311V, FCC ID#A3LSMB311V

7. Black LG Flip Phone, IMEI #359926-08-037428-6, FCC ID#ZNFB460

8. Black Samsung Galaxy S7, FCC ID#A3LSMG930US

9. Gold iPhone 6, Model A1586, FCC ID#BCG-E2816A, IMEI #352073064473341

10. Black Samsung Flip Phone, Model SM-B311V, FCC ID#A3LSMB311V

11. Red iPhone X

12. Black LG Flip Phone, IMEI #359926-08-735528-8, FCC ID#ZNFB460

13. Grey iPhone 6, Model A1549, IMEI #359239064312607, FCC ID#BCG-E2816A

14. Black iPhone

15. Blue Alcatel phone

16. Silver LG Smartphone

17. Grey iPhone 5s, Model A1533, IMEI #013967008037934, FCC ID#BCG-E2642A

18. Silver iPhone 6S, Model A1688, FCC ID# BCG-E2946A

19. Grey iPhone 6, Model  A1586, IMEI #353027096509332, FCC ID#BCG-E2816A

21

## **ATTACHMENT B**

### **ITEMS TO BE SEIZED**

The telephones listed in Attachment A may be searched for evidence of the following violations: conspiracy to distribute a controlled substance in violation of Title 21, United States Code, Section 846; distribution, and possession with intent to distribute, a controlled substance in violation of Title 21, United States Code, Section 841(a)(1); and use of communication facilities to facilitate narcotics trafficking offenses in violation of Title 21, United States Code, Section 843, including:

a.      Electronic communications relating to the criminal activity,

b.      Telephone or address directory entries consisting of names, addresses, telephone numbers; logs of telephone numbers dialed, telephone numbers of incoming, outgoing or missed calls, text messages, schedule entries, stored memoranda, videos, social networking sites and digital photographs,

c.      Lists of customers and related identifying information,

d.      Types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions,

e.      Any information related to sources of controlled substances, including names, addresses phone numbers, and any other identifying information,

f.      Any information related to the methods of trafficking in controlled substances, including possession and use of firearms and other tools,

g.      Any information recording domestic and international schedule or travel related to the described criminal activity, including any information recording a nexus to airport facilities, airport security, or airlines,

h.      All bank records, checks, credit cards, credit card bills, account information, and other financial records,

22

i.      All data that has been manually programmed into a GPS navigation system, as well as data automatically stored by the GPS navigation system,

j.      Stored memoranda; stored text messages, including drafts; stored voicemail messages; stored electronic mail; stored photographs; stored audio; and stored video,

k.      Evidence of the presence or absence of software that would allow others to control the device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software,

l.      Evidence of the attachment of other devices,

m.      Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the device,

n.      Evidence of the times the device was used,

o.      Passwords, encryption keys, and other access devices that may be necessary to access any of the devices,

p.      Records of or information about Internet Protocol addresses used by the device,

q.      Records of or information about the device's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "Favorite" web pages, search terms that the user entered into any Internet search engine, and records or user-typed web addresses, as well as evidence of the posting of videos, photos, or any material relevant to these crimes to any social networking site.

r.      Evidence of user attribution showing who used or owned the electronic devices at the time the things described above were created, edited, or deleted, such as logs phonebooks, saved usernames and passwords, documents, and browsing history;

s.      any other information pertaining to the possession, receipt, and/or distribution of narcotics that were transmitted, stored, or received using the item to be searched.